UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO. 8:06-cr-450-T-17JSS

FERNANDO ANTONIO SOLORZANO

## ORDER

Under Federal Rule of Criminal Procedure 48(a), the United States has

requested leave to dismiss the indictment against defendant FERNANDO

ANTONIO SOLORZANO, without prejudice. The requested leave is

granted, and the indictment is dismissed against defendant FERNANDO

ANTONIO SOLORZANO in the above-captioned case, without prejudice.

The Clerk of Court is directed to close the case as to defendant FERNANDO

ANTONIO SOLORZANO.

Dated: MAY 16, 2019

ELIZABETH A. KOVACHEVICH
United States District Judge

**ELIZABETH A. KOVACHEVICH**
**UNITED STATES DISTRICT JUDGE**